PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

JOSE A. RODRIGUEZ-BORRERO

Crim. No. 3:98CR00176-03(JAF)

On ___March 22, 1999,___ the above named was placed on probation/supervised release for a period of __4__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___24th___ day of ___June___, 20 _05_.

_____
United States District Judge